UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL YEPEZ,<br>Defendant. | CASE NO. 1:26-MJ-00112-FJS<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending Arraignment on the complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: 10/5/2026

HON. ERIN GUY CASTILLO
UNITED STATES MAGISTRATE JUDGE